EDWARD M. GARLOCK, Appellant and Respondent, *v.* PANTEPEC OIL COMPANY, C. A., Respondent and Appellant.

Argued March 7, 1952; decided April 17, 1952.

*Edward M. Garlock,* appellant and respondent in person.

*Joseph A. McManus* and *Walter R. Barry* for respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.